FIRST DEPARTMENT, OCTOBER TERM, 1885.

William J. A. Fuller, Respondent, v. Union Electric Manufacturing Company, Appellant. — Judgment affirmed. Opinion by Daniels, J.

Ezekiel Y. Bell, Respondent, v. Edward L. Merrifield, Appellant —Judgment modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Davis, P. J.

Samuel P. Hyman, Respondent, v. Jacob Kapp, Appellant — Four actions. Orders affirmed, with ten dollars costs of one appeal and the disbursements in all. Opinion by Daniels, J.

David Zenner, Respondent, v. Adolph Dessar and others, Appellants.— Order reversed and order of arrest discharged, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Ida Riccetti, Appellant, v. James H. Mapleson, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Susan Pettit, Respondent, v. Asa Pettit, Appellant. — Judgment affirmed, without costs. Opinions by Brady, J., and by Davis, P. J., dissenting.

John B. Gossler, Appellant, v. Lazarus Lissberger, Respondent.—Motion for reargument denied, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Malcolm McGregor, Appellant, v. James McGregor and others, Respondents. — Judgment affirmed. Opinion by Brady, J.

Thomas Scott and others, Respondents, v. Alexander Reed, Jr., Appellant. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Daniels, J.

Walter L. Kane, Respondent, v. John Thearl, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

Charles H. Field and others, Appellants, v. The Lehigh Iron Company, Respondent. — Judgment and order affirmed. Opinion by Davis, P. J.

Abraham Gutman and others, Appellants, v. John C. McNulty, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Peter Bowe, Respondent, v. United States Reflector Company, Appellant. — Judgment reversed, judgment ordered for defendant, with leave to amend on the usual terms. Opinion by Daniels, J.

James Park, Jr., and others, Respondents, v. Harvey R. Preston and others, Appellants. — Judgment and order affirmed. Opinion by Davis, P. J.

William T. Brown, Respondent. v. The Mutual Trust Company, Appellant.—Judgment modified as directed in opinion, and affirmed as modified. Opinion by Davis, P J.

Elizabeth C. Buchanan and others. Respondents, v. Mary Millen, Appellant, Impleaded, etc. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Thomas Swords and others, Respondents, v. The Northern Light Oil Company and others, Appellants. — Judgment reversed, with leave to defendant to answer on payment of costs. Opinion by Brady, J.

Thomas Rafferty and another, Respondents, v. William Lockwood and another, Appellants.— Judgment reversed, new trial ordered, costs to appellants to abide event. Opinion by Daniels, J.

Charles J. Gillis and others, Repondents, v. James T. Swift, Appellant, Impleaded, etc. — Order modified as directed in opinion, and affirmed as modified, with costs to abide event. Opinion by Daniels, J.

William H. Hollister, Respondent, v. John A. Stewart and others, Appellants. — Judgment modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Daniels, J.

John Merchant v. Horace P. Herdman. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

James R. Smith, Respondent, v. Edmund Coffin, Jr., Appellant. — Motion denied.

Catharine Zapp v. Charles J. Miller. — Appeal stricken from calendar, and case directed to be made and settled. Mem. by Daniels, J.